**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

| | |
|---|---|
| **LAKEESHA ROBINSON,** | |
| Plaintiff, | |
| v. | Case No. 24-cv-50062 |
| **FAVORITE HEALTHCARE STAFFING, LLC and MABLEY FAMILY ASSOCIATION, INC. d/b/a JACK MABLEY,** | Honorable Rebecca R. Pallmeyer |
| | Magistrate Judge Margaret J. Schneider |
| Defendant. | |

**UNOPPOSED MOTION FOR EXTENSION**
**OF TIME TO ANSWER OR OTHERWISE PLEAD**

Defendant Favorite Healthcare Staffing, LLC ("Favorite"), by and through its attorneys, Littler Mendelson P.C., pursuant to Federal Rule of Civil Procedure 6(b)(1), submits the following unopposed motion to extend the time in which to answer or otherwise plead.

1.      On February 7, 2024, Plaintiff filed her Complaint in the Northern District of Illinois.  *See* ECF No. 1.

2.      Defendant Favorite's responsive pleading to the Complaint is currently due April 12, 2024.  *See* ECF Nos. 5.

3.      On April 10, 2024, a Report of Parties' Planning Meeting was filed, in which Plaintiff request 14 days to file an Amended Complaint.  *See* ECF Nos. 9.

4.      Accordingly, in lieu of filing its responsive pleading to the Complaint on April 12, 2024, Defendant Favorite respectfully requests an extension of time to answer or otherwise plead 14 days after the Amended Complaint is filed.

5.      The request is made in good faith and not made for purposes of delay.  Granting the requested extension will not unduly prejudice any party.

6.      The undersigned counsel requested this extension from all parties and did not receive any objection.

7.      This is Defendant Favorite's first request for an extension in this case.

**WHEREFORE**, Defendant Favorite respectfully requests that this Honorable Court extend the time in which to file its answer or other responsive pleading 14 days after the filing of the Amended Complaint, and for any other relief this Court deems appropriate.


Dated: April 11, 2024                                    Respectfully submitted,

                                                         **FAVORITE HEALTHCARE STAFFING,
                                                         LLC**


                                                         */s/ Elizabeth Hanford*
                                                         By Its Attorneys

Lucy Bednarek, Bar No. 6269389
lbednarek@littler.com
Elizabeth Hanford, Bar No. 6324009
ehanford@littler.com
LITTLER MENDELSON, P.C.
321 North Clark Street - Suite 1100
Chicago, IL 60654
Telephone:     312.372.5520
Facsimile:     312.372.7880

**<u>CERTIFICATE OF SERVICE</u>**

Elizabeth Hanford, an attorney, hereby certifies that, on April 11, 2024, she caused a copy

of the foregoing to be electronically filed with the Clerk of the Court, using the CM/ECF system,

and served upon the following counsel of record via electronic mail:

Mohammed O. Badwan, Esq.
Sulaiman Law Group, Ltd.
2500 S. Highland Ave.
Suite 200
Lombard, IL 60148
mbadwan@sulaimanlaw.com

David M. Caves
Assistant Attorney General
Office of the Illinois Attorney General
General Law Bureau
Government Representation Division
115 S. LaSalle Street
Chicago, IL 60603
david.caves@ilag.gov

*/s/ Elizabeth Hanford*