IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| Lakeesha Robinson,<br><br>           Plaintiff,<br><br>        v.<br><br>Favorite Healthcare Staffing, LLC and Illinois Department of Human Services d/b/a Jack Mabley Developmental Center,<br><br>           Defendants. | Case No. 24 C 50062<br><br>Judge Rebecca R. Pallmeyer |

**DEFENDANT ILLINOIS DEPARTMENT OF HUMAN SERVICES'**
**UNOPPOSED MOTION FOR EXTENSION OF TIME**

Defendant, Illinois Department of Human Services ("Defendant" or "IDHS"), by and through its attorney, Kwame Raoul, Attorney General for the State of Illinois, moves pursuant to Federal Rule of Civil Procedure 16(b), to extend IDHS's deadlines to respond to the operative complaint and for IDHS to exchange Rule 26(a)(1) disclosures. In support of this motion, IDHS states as follows:

    1.    Plaintiff filed her original complaint on February 7, 2024. ECF No. 1.

    2.    On April 24, 2024, Plaintiff filed her first amended complaint, naming IDHS as a defendant. ECF No. 16.

    3.    On May 28, 2024, the Court set case management deadlines, including a deadline of June 14, 2024, for the parties to exchange Rule 26(a)(1) disclosures. ECF No. 26. Fact discovery is set to close December 31, 2024.

    4.    On June 3, 2024, IDHS was served with the first amended complaint. ECF No. 27. IDHS's response to the amended complaint was set for June 24, 2024. *Id*.

5.      On June 13, 2024, the Court granted Plaintiff leave to file a second amended complaint. ECF No. 29. Plaintiff's deadline to file a second amended complaint is June 27, 2024. *Id*.

6.      IDHS respectfully requests that the deadline for its response to Plaintiff's complaint be reset to July 18, 2024, and the deadline for its Rule 26(a)(1) disclosures be reset to July 25, 2024. This will allow IDHS the opportunity to complete its initial investigation of Plaintiff's anticipated second amended complaint prior to responding and making its Rule 26(a)(1) disclosures.

7.      On June 14, 2024, undersigned counsel emailed counsel for Plaintiff and counsel for Defendant Favorite Healthcare Staffing, LLC ("Favorite") to determine whether this motion would be opposed. Counsel advised that the requested relief is not opposed.

8.      This motion is not brought for the purpose of undue delay and no party will be prejudiced by granting this motion. Good cause exists for granting this motion, as set forth above.

For these reasons, Defendant, Illinois Department of Human Services, requests that the Court extend the deadline for IDHS to respond to the operative complaint by July 18, 2024, and for IDHS to exchange Rule 26(a)(1) disclosures by July 25, 2024.

June 14, 2024                                       Respectfully submitted,

                                                    KWAME RAOUL
                                                    Illinois Attorney General

                                                    By: /s/ David M. Caves
                                                    Assistant Attorney General
                                                    Office of the Illinois Attorney General
                                                    115 S. LaSalle Street, 27th Floor
                                                    Chicago, IL 60603
                                                    (773) 505-5277
                                                    david.caves@ilag.gov