# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# WESTERN DIVISION

| | |
|---|---|
| **LAKEESHA ROBINSON,**<br><br>Plaintiff,<br><br>v.<br><br>**FAVORITE HEALTHCARE STAFFING, LLC** and **ILLINOIS DEPARTMENT OF HUMAN SERVICES d/b/a JACK MABLEY DEVELOPMENTAL CENTER,**<br><br>Defendants. | Case No. 24-cv-50062<br><br>Honorable Rebecca R. Pallmeyer<br><br>Magistrate Judge Margaret J. Schneider |

### DEFENDANT FAVORITE HEALTHCARE STAFFING'S
### MOTION TO DISMISS PLAINTIFF'S SECOND AMENDED COMPLAINT

Defendant Favorite Healthcare Staffing, LLC ("Defendant Favorite"), by and through its attorneys, Littler Mendelson P.C., and pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure and the applicable Local Rules, respectfully moves this Court to dismiss Plaintiff's Second Amended Complaint with prejudice. As set forth more fully in Defendant Favorite's Memorandum in Support of its Motion to Dismiss Plaintiff's Second Amended Complaint submitted herewith, Plaintiff fails to state a claim upon which relief can be granted on all counts against Defendant Favorite in Plaintiff's Second Amended Complaint, and this Court should dismiss the entirety of Plaintiff's Second Amended Complaint with prejudice.

WHEREFORE, for the reasons set forth more fully in Defendant Favorite's accompanying Memorandum in Support of its Motion to Dismiss, Defendant Favorite respectfully requests that this Court enter an Order to dismiss Plaintiff's entire Second Amended Complaint with prejudice and granting such other and further relief as the Court deems appropriate or as may be permitted by law or rule of this Court.

| | |
|---|---|
| Dated: July 11, 2024 | Respectfully submitted,<br><br>**FAVORITE HEALTHCARE STAFFING, LLC**<br><br>*/s/ Elizabeth Hanford*<br>By Its Attorneys |

Lucy Bednarek, Bar No. 6269389
lbednarek@littler.com
Elizabeth Hanford, Bar No. 6324009
ehanford@littler.com
LITTLER MENDELSON, P.C.
321 North Clark Street - Suite 1100
Chicago, IL 60654
Telephone:    312.372.5520
Facsimile:    312.372.7880

## **CERTIFICATE OF SERVICE**

The undersigned, an attorney, hereby certifies that, on July 11, 2024, she caused a copy of the foregoing to be electronically filed with the Clerk of the Court, using the CM/ECF system, and served via email upon the attorneys of record.

Mohammed O. Badwan, Esq.
Sulaiman Law Group, Ltd.
2500 S. Highland Ave.
Suite 200
Lombard, IL 60148
mbadwan@sulaimanlaw.com

/s/ *Elizabeth Hanford*